# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| ALINE C. DUPONT, | ) |
| | ) |
|       PLAINTIFF | ) |
| | ) |
| v. | )   CIVIL NO. 1:13-CV-306-DBH |
| | ) |
| MAINE LABOR RELATIONS | ) |
| BOARD, ET AL., | ) |
| | ) |
|       DEFENDANTS | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 14, 2013, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, her Recommended Decision. The plaintiff filed an objection to the Recommended Decision on August 30, 2013. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's action is **DISMISSED**.

**SO ORDERED.**

DATED THIS 3RD DAY OF SEPTEMBER, 2013

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**